```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION

UNITED STATES OF AMERICA,      :
                               :
         Plaintiff,            :        2:15-cr-098
                               :        JUDGE FROST
         v.                    :
                               :
JOHN D. SULLIVAN,              :
                               :
         Defendant.            :
```

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 19, 2015, this Court entered a Preliminary Order of Forfeiture (Doc. 19), ordering the above-named defendant, John D. Sullivan, to forfeit to the United States the property subject to forfeiture as more particularly described therein pursuant to 18 U.S.C. §§2253(a)(1) and (3);

WHEREAS, for 30 consecutive days beginning May 22, 2015, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property (Doc. 20).  There are no parties known to the United States who may have an interest in the forfeited property;

WHEREAS, on September 4, 2015, this Court held Defendant John D. Sullivan's sentencing hearing and verbally pronounced the forfeiture of the subject property and issued its Judgment (Doc. 25) ordering Defendant John D. Sullivan to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that the property is subject to forfeiture pursuant to 18 U.S.C. §§2253(a)(1) and (3) for violations of 18 U.S.C. §2252(a)(4)(B);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**:

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

   (A) All matter containing said visual depictions of child pornography and child erotica, transported, mailed, shipped, and possessed, in violation of 18 U.S.C. §2252(a)(4)(B); and

   (B) All property used and intended to be used to commit and to promote the commission of the aforementioned violations, including the following:

   **(1) One (1) Seagate external hard-drive, SN: NA0BEVY5, including its contents; and**

   **(2) One (1) Dell desktop computer, SN: 3SZ3SC1, including its contents.**

2.    That the designated agent for Immigration and Customs Enforcement / Homeland Security Investigations shall dispose of the property according to law.

3.    That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

**ORDERED** this 3rd day of November, 2015.

/s/   GREGORY L. FROST
HONORABLE GREGORY L. FROST
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/Heather A. Hill
HEATHER A. HILL (6291633)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715